IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JERMAINE WILLIAMSON, et al., )
)
                Plaintiffs, )
)
v. ) No. 07-4225-CV-C-NKL
)
KEITH SCHAFER, et al., )
)
                Defendants. )

## ORDER

On January 3, 2008, United States Magistrate Judge William A. Knox recommended dismissing plaintiffs' claims. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C).

The court has conducted a de novo review of the record, including the exceptions filed by plaintiff Wright on January 25, 2008, and the reply filed by defendants on February 1, 2008. The issues raised in plaintiff's exceptions were adequately addressed in the report and recommendation or relate to matters not actually raised in the complaint. The initial complaint addresses the plaintiffs' desire for legal resources so they may defend against their criminal charges. The exceptions assert the possibility of the need for legal resources for civil matters. Plaintiff Wright does not, however, indicate he has been unable to file a petition for a writ of habeas corpus or a civil case because of inadequate access to the courts. Nor does he allege he has been actually prejudiced in any case. Thus, the court is persuaded that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of January 3, 2008 is adopted. [15] It is further

ORDERED that the motion to dismiss filed on December 3, 2007, is denied as moot. [10] It is further

ORDERED that plaintiffs' motions for leave to proceed in forma pauperis are denied and their claims are dismissed, pursuant to the provisions of 28 U.S.C. § 1915, for failure to state a claim for which relief can be granted. [2, 3, 4, 5] It is further

ORDERED that plaintiffs' motion for preliminary injunctive relief is denied. [7]

NANETTE K. LAUGHREY
United States District Judge

Dated: 2-21-08
Jefferson City, Missouri